IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
_____ DIVISION

Norman Sullivan                          )        1:06 -CV-63
_____            )        HSM/WBC
_____            )
_____            )
(Enter above the NAME of                 )
the plaintiff in this action.)           )

        v.                               )

Waffle House 58 HWY                      )
Patrick Clark                            )
Jeremy Goforth                           )
David Miller                             )
(Enter above the NAME of
each defendant in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing
          with the same facts involved in this action or otherwise
          relating to your imprisonment?    YES [ ]  NO [✓]

     B.   If your answer to A is YES, describe the lawsuit in the space
          below. (If there is more than one lawsuit, describe the
          additional lawsuits on another piece of paper, using the same
          outline.)

          1.   Parties to the previous lawsuit:

               Plaintiffs _____
                          _____

               Defendants _____
                          _____

          2.   Court  (If federal court, name the district; if state
               court, name the county):

               _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition: (For example: Was the case dismissed?  Was
   it appealed?  Is it still pending?)

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Hamilton County Jail_____

A. Is there a prisoner grievance procedure in this institution?
   YES [✓] NO [ ]

B. Did you present the facts relating to your complaint in the
   state prisoner grievance procedure?    YES [ ] NO [✓]

C. If your answer is YES,

   1. What steps did you take? _____

      _____

   2. What was the result? _____

      _____

D. If your answer to B is NO, explain why not. _Incident_
   _happened Before vincarceration_____

E. If there is no prison grievance procedure in the institution,
   did you complain to prison authorities?    YES [ ] NO [✓]

F. If your answer is YES,

   1. What steps did you take? _Complained to District Manager_
      _filed Complaint with Human Rights Commission_____

   2. What was the result? _I Asked For EEOC letter to Suit_
      _I Felt UNFair Questioning. No Concern iF I WAS JUST_

III.    PARTIES

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.    Name of plaintiff: NORMAN Sullivan

Present address: 601 WALNUT st. chaTT. TENN. 37402

Permanent home address: N-A

Address of nearest relative: 410 Roberts street Nerisha Driver. chatt. TENN 37404

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.    Defendant: CLARK, Patrick

Official position: MANAGER

Place of employment: WaFFIE House 58 Hwy

C.    Additional defendants: JEREMY GoForth. Cook MANAGER WaFFIE House 58 Hwy David Miller. District MANc WaFFIE House 58 Hwy

IV.    STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Racial Work Discrimination, By Patrick Clark. That Started the day He come to work at Restaurant. I spoke to the New Manager. MrClark He Acted as IF I WASNT EVEN there. one of the other

3

Employees were Present Michelle whom Looked at Me Like what You do to Him. It went on For 3days. The other Emp. seen this also, then He would speak to my FT. Supervisor to Me while I was Present. I Asked If something was wrong He says No. But when He spoke to the White Emp. Was with smiles soon as I come around this whole character change. Like why you speaking to Me. But He seen A Peace with Me and all the other Emp. He to a point Tryed to Relax. Didn't work. Difference was already in His mind, so when He did speak to Me it was always Complaints, some Fabricated stories. His showing to the other Emp. A Dislike to Me and with the Customers. How the Inmates stealing. Not doing there part of the Job. Patrick takes it out on Me. But Im smarter Im Not gone give you what you want I yes sir No sir. The white Customers the come Everyday to One section il have to work that section. They Act Like Im some kind of Disease. Call Patrick whispers something to Him. He Ask Me to take another Section. I speak on it. That Arn't Right they don't want me to serve them cause Im Black. They Need to be told to Leave the store there was No other Reason so for 1st shift the Black's was kept from that section. I overlook it. then I start Getting Less work. The Busy night I worked sinks I Been there How they go to Patrick For Position. The schedule change Im No longer on Wed. al go to Patrick. He Apologize I explain to Him, I know You Favor them but thats My Position, so He starts Making complaints About My clothes. I'm Very well groomed + well mannered, that Costed Me a day of work. My Head Net to thuggish A Regular stocking cap that Fit snug Don't thing, Im the only Empl. wore there Net out of Respect for the Customers handling there Food. I Loose More days. My sweater do look right. No He's to Black what you Mean loose it or go home. But the white Girl of My shift wear Her Black sweater No problem, its cold in there. So it continues More so After I went to the District Mngr. David Miller. who says I just Got them Mistaken He Not Like that Okay No theft, No write-Ups Why I go From working everyday

4

- to Now working 4days A Week. THEN To 4 DAYS A Month which is when I went to get Another Job. Now He PATRICK. Find Tickets of MINE the DAY AFTER I worked Money still with H. He calls me in to tell Me He Believe some body Trying to set ME Up. I Tell Him Yes they ARE they dont Like I'm A Excellent Server. Highest Paid in tips And they No they do any thing say My NAME You gone Jump to punish ME. Everybody Know You dislike Me. Just Like they Know because I'm Black. No other Reason. And TAKEN Advantage of the Situation. So tickets stop dissappearing Senced I wasn't Fired so He starts say my Family can't Come to the Rest. No more Well in My section. And They Pay every time But the white Emp. Feeding there Family + Friends + Buying Drugs with the store Food. I Tell Patark, He says Nothing to them.

I've Never Come Across town to hang out at the store when I wasn't Working I got A LIFE, But Now I come one time during Lunch From Another Side Job and I Can't But all Day And Night all the Employees At that store Long As I been there And setting with Patrick. So since Nothing Hs keep s trying fe Tells His TRAINER Michelle in Front of Me In-Advertintly that Hs don't FIRE People I force from to quit - No Week - the whole staff Laughing with Him But aint No body but Me loosing Work. I Was His only problem I Was there to much still as FAR As Black Emp! THERE WERE two Black Girls on 1st Shift But the Big Bosses were in the store on He Nice than.

So He bring in Some workers from other stores A Floor MANAGER For the shifts. He BRING Jeremy whom LAtEr Finds out He's A CRACK ADDICT, PATRICK Accuses Him while Im PRESENT of Trying to break in the office SAFE. He's still there Long Enough to see opportunity. Use ME Patrick already let Him Know. And JEREMY tells ME. Im who JEREMY Used to Ask the Black Come in the store Look Like Dealers If thay had something And He would pay ME. He JEREMY steals $40.00 out the Register, Tells PatRat it was me I loose another week of Work. I Come to Find out why Im Not on the schedule They PANIC at the store JEREMY IN the BACK saying Im gone Beat Him Up For snatching Then when patrick get there I go outside with Him. Tell Him some things Jeremy had to tell Me. And that Jeremy was gone take the $40.00 Before I LEFT Work. I give Him the $40.00 I had in tips tell Him to give it back to me when He see His wife or when PAtRick Come. He stills it anyway So Patrick Go check the Register taps to see the money was gone AFTER I LEFT the store. I said He dont have the $40.00 he owe Me and Frend Thay can tell you any thing about Me. I go to the district MAN. again He Discriminating against Me. and Now everybody taken advantage of the Issue and I see it about to cost Me My FREEDOM. He said He'll talk to patrick eau And He does Cause Now He keeps Making Comments call David or the AREA MANAGER Mks. So July the 6th I Work I explain to patrick I Cant Work til 6:AM I Never did I get them - through Rush I get to go. Rush Hour is when All the BLACKS FROM THE ClubS Come in. Long As I get them Every thing okay I know I was used As A token For 3rd Shift But I Liked My Job. I LEAVE AS Usual And makes Sure AL the Cook Man. that Night Knew it. I come to work the Next Day patrick Say I dont have A Job I Quit LEFT BEFORE I Was suppose to And with No permission. I Tell Him I did HAVE permission. This Way July the 7th the only complaint As to why I HAVE No Job. AL Comes to work As Im LEAVING THE STORE Asks where I Was going they Need Me For 3rd shift. I TELL HIM WHAT PATRICK SAID HE TOLD ME to

AL. WANTED ME TO COME BACK INTO THE RESTAURANT HE WAS MAD SAID COME ON I'LL TELL HIM IN HIS FACE I HAVENT SAID NOTHING LIKE THAT now there's AN Affidavate From AL To support PATRICK.

Now the day aFTER THE 6th only thing wRONG ME LEAVING EARLY. I check the Next schedule for the 12th Now I havent been to work because MONEY WAS missing the 6th of July And A WARRANT For My ARREST For stealing almost $300.00. and An Affidavate From JEREMY GoForth again this time claiming at 3:oclock in the morning He sees me pull A Hanger out of My Pocket and Try to get IN the Drop Box. COME ON But I TALKED WITH JEREMY WHO CALLS ME Between July the 15-25 One night. tell me He WAS out of Town And Dont know nothing About AN AFfidAvate. I KNEW HE WAS LYING BUT THIS WAS AN ATTEMPT TO HARM + GET RID OF ME By PATRICK BECAUSE OF A pERSONAL Dislike For me that Couldn't oF BEEN Nothing But the Color of My skiN WE Never KNEW Each othSE BEFORE And during all the IgNoRANCE He put me through because oF AN Ignorant Mindset. I TRIed to break the Ice wIth PatrIck I Fight RacIsm with kIndness and A No- RESPONCE to thier WANTS. I EVEN showed MR clark pictures oF My FamIly well I WAS showing them to CHRIS stevens And Patrick comes up. I show him My WALLET w/ thE PIcture oF Me ANd My WIFE And step kIds. He drops My wallet on the Floor My WIFE is white. IT's Funny its still lost people to DEAl with And it HAs Costed Me My Job. ALL MY RENTAL FURNITURE THAT I HAD TO RETURN CAUSE I Couldnt afford it. And My Job THAT was Problemless BEFORE He cAME I know DAVid MIller wAsNT Apart of this But He should oF DoNE moRE To SEE. I Worked For You. Fine. Now When He Come From the time He cAME its been problems something had to Appear wrong with that picture.

Now Along with unRelated IncIdents I Loase My FREEDOM HAVING TO TURN mYSELF IN To DETECTIVES whom also knew something wrong with this PictuRE CHARGE Me For Something 2 weeks later. So I go to Un-Employment Patrich tells UN-Emp. about this chARGE They Told Him You HAve Nothing to JustIfy what He WAS Accusing Me of And GRANTED ME BENEFITS For July Aug. Sep-t.

And PATRICK STill claim I worked theRE til Sept. LIES - ALL LIES TO Excuse How this sItuatIon Got to where it is. Because this still HOlding ON to Not Likeing somebody because of the Color of thier skIN.

To whom it Concern - al do not HAVE the DAy + DATES because al wasNt PlanNINg on this Suit. I Remember the IncIdents CAN NEVER FORGET THEM..

V.     RELIEF

(State BRIEFLY exactly what you want the Court to do for you.
Make no legal arguments.  Cite no cases or statutes.)

Monetary Compensation

SIGNED THIS ___15___ DAY OF __JAN_____ , 19__2006__.

_Norman Sellers_
SIGNATURE OF PLAINTIFF

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

_1-15-006_
DATE

_Norman Sellers_
SIGNATURE OF PLAINTIFF

YOU ARE RESPONSIBLE FOR KEEPING THE COURT INFORMED IMMEDIATELY OF
ANY ADDRESS CHANGES.  FAILURE TO PROVIDE YOUR CORRECT ADDRESS TO THIS
COURT WITHIN TEN (10) DAYS FOLLOWING ANY CHANGE OF ADDRESS WILL
RESULT IN THE DISMISSAL OF THIS ACTION.

5



**STATE OF TENNESSEE**
# HUMAN RIGHTS COMMISSION
### CENTRAL OFFICE
**Cornerstone Square Building, Suite 400**
**530 Church Street**
**Nashville, Tennessee 37243-0745**
**Phone 615/741-5825      Fax 615/532-2197**

Norman Sullivan
6 T H
Hamilton County Jail
601 Walnut St.
Chattanooga, TN 37402

Vs.

Choo Choo Waffles, LLC (Waffle House)
ATTN:  Jeff Allen, V. P. Human Resources
Collis Foods
1021 Cambridge Sq.
Alpharetta, GA 30004

THRC# 402125A                    EEOC# 25AA500510

## NOTICE OF ADMINISTRATIVE CLOSURE

The above captioned complaint has been administratively closed by the Tennessee Human Rights Commission for the reason marked:

| | |
|---|---|
| _____ | The Complainant has withdrawn the complaint. |
| \_\_\_X\_\_\_ | The Complainant has requested an EEOC Right to Sue Letter. |
| _____ | The Complainant has filed suit in Chancery Court or Circuit Court, or in Federal District Court. |
| _____ | The Complainant has failed to cooperate with the investigation. |
| _____ | The Complainant cannot be located. |
| _____ | The Tennessee Human Rights Commission does not jurisdiction in the matter. |
| _____ | The parties have negotiated a settlement of the complaint. **(See  Settlement  Agreement)** |

DEC 2 0 2005                    On Behalf of the Commission:

_____           _____
Date                                             Executive Director

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Norman A. Sullivan**
**6 T H**
**Hamilton County Jail**
**601 Walnut Street**
**Chattanooga, TN 374012**

From: **Memphis District Office - 490**
**1407 Union Avenue**
**Suite 621**
**Memphis, TN 38104**

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **V. Paulette Wilson** | |
| **25A-2005-00510** | **Deferral Coordinator** | **(901) 544-0147** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Danny G. Harter*

**Danny G. Harter**
**District Director**

JAN 1 1 2006

*(Date Mailed)*

Enclosure(s)

cc: **Joe E. Manuel, Attorney**
**147 North Market Street, Suite C**
**Chattanooga, TN 37405**

Enclosure with EEOC
Form 161-B (3/98)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

### Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),

**PRIVATE SUIT RIGHTS --**

### or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 -- *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA backpay recovery period.

### ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

### *IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*