UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NORMAN A. SULLIVAN, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:06-cv-63 |
| ) | |
| v. ) | *Judge Mattice* |
| ) | |
| WAFFLE HOUSE 58 HWY; ) | |
| PATRICK CLARK; JEREMY GOFORTH; ) | |
| DAVID MILLER, ) | |
| ) | |
| *Defendants*. ) | |

## FINAL JUDGMENT O R D E R

For the reasons expressed by the Court in its memorandum filed herewith, it is hereby **ORDERED** that Norman A. Sullivan's complaint [Court File No. 3] is **DISMISSED** in its entirety for plaintiff's failure to prosecute and comply with the orders of this Court. FED. R. CIV. P. 41(b).

It is **FURTHER ORDERED** that upon carefully reviewing this complaint pursuant to 28 U.S.C. § 1915(a)(3), this Court hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** plaintiff leave to proceed *in forma pauperis* on appeal. *See* FED. R. APP. P. 24.

SO ORDERED.

ENTER:

                 *s/ Harry S. Mattice, Jr.*
                 HARRY S. MATTICE, JR.
                 UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
   CLERK OF COURT